14/2016 3:43 PM FAX  ☑0001/0001



AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States America<br>*Plaintiff*<br>v.<br>Tracey Camron<br>*Defendant* | )<br>)<br>) Case No.<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant,

Date: 11/14/2016

*Attorney's signature*

Lance Lazzaro
*Printed name and bar number*

Lazzaro Law Firm, P.C.
360 Court Street, Suite 3
Brooklyn, NY 11231
*Address*

LAZZAROLAW@AOL.COM
*E-mail address*

(718) 488-1900
*Telephone number*

(718) 488-1927
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel