UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

                        -against-

TRACEY CAMERON,

                        Defendant,
----------------------------------------X

NOTICE OF APPEARANCE AS COUNSEL

Case No: 16-CR-750

SIRS:

PLEASE TAKE NOTICE, that the Defendant, TRACEY CAMERON, has retained Albert Y. Dayan, Esq. as her Attorney and requests that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
       November 17, 2016

Respectfully submitted,

_____/s/_____
ALBERT Y. DAYAN, ESQ. (AYD-5222)
Attorney for the Defendant
TRACEY CAMERON
80-02 Kew Gardens Rd., Ste. 902
Kew Gardens, New York 11415
(718) 268-9400
dayanlaw@aol.com